IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01431-JRG |
| vs. | § § § | LEAD CASE |
| GUARDIAN PROTECTION SERVICES, INC. | § § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-001464-JRG |
| vs. | § § § | CONSOLIDATED CASE |
| ALARM SECURITY GROUP, LLC | § § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL OF DEFENDANT ALARM
SECURITY GROUP, LLC WITHOUT PREJUDICE**

On this day the Court considered the Unopposed Motion to Dismiss Alarm Security Group, LLC Without Prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") and Alarm Security Group, LLC. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild Connected Devices Innovations, LLC against Alarm Security Group, LLC. are hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs, attorneys' fees and other litigation expenses.


**SIGNED this 21st day of December, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE